```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 24299
    BEVERLY A LEWIS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3385


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/27/2007 and was not confirmed.

    The case was dismissed without confirmation 06/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          2988.15             .00              .00
COMMONWEALTH EDISON        UNSECURED           339.72             .00              .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC     19007.40             .00          1903.55
ASSET ACCEPTANCE CORP      UNSECURED            25.00             .00              .00
ASSET ACCEPTANCE CORP      UNSECURED           134.97             .00              .00
MARQUETTE CONSUMER FINAN   SECURED VEHIC     21513.85             .00          1794.37
LASALLE BANK               CURRENT MORTG         .00              .00              .00
AMERICAN GENERAL FIN       UNSECURED        NOT FILED             .00              .00
CASHCALL INC               UNSECURED        NOT FILED             .00              .00
CERTIFIED SERVICES         UNSECURED        NOT FILED             .00              .00
COMED                      UNSECURED        NOT FILED             .00              .00
LVNV FUNDING               UNSECURED          1186.46             .00              .00
J J MACINTYRE CO           UNSECURED        NOT FILED             .00              .00
MRSI                       UNSECURED        NOT FILED             .00              .00
PEOPLES GAS                UNSECURED        NOT FILED             .00              .00
LASALLE BANK               SECURED NOT I         .00              .00              .00
PREMIER BANKCARD           UNSECURED           223.71             .00              .00
BENNIE W FERNANDEZ         DEBTOR ATTY           .00                               .00
TOM VAUGHN                 TRUSTEE                                              321.56
DEBTOR REFUND              REFUND                                               173.52

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  4,193.00

PRIORITY                                                .00
SECURED                                            3,697.92
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                 321.56
DEBTOR REFUND                                        173.52
                      ---------------       ---------------
TOTALS                    4,193.00                 4,193.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 24299 BEVERLY A LEWIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 24299 BEVERLY A LEWIS